UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-04831 |
| Christopher M Fabbri | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION TO AUTHORIZE LOAN REFINANCING**

This matter coming before the Court on the Debtor's motion to refinance, due notice having been given, and the Court being advised in the premises,

IT IS HEREBY ORDERED THAT:

The Debtor is granted authority which allows the Debtor and Debtor's ex-spouse to refinance the subject property to remove the Debtor's name from the mortgage and allow the Debtor to execute a quitclaim deed of the property to his former spouse and for such other and further relief this court deems just and equitable.

Enter: *[signature: Janet S. Baer]*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: October 25, 2019

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600